Receipt 11089474
$8.70

**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY
JOHN A. READLING

PHONE (716) 693-2335
FAX (716) 693-4972

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945 – 2004)

March 8, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Part 1 Courtroom, 2nd Floor
Buffalo, NY 14202-2501



RECEIVED MAR - 9 2010 BANKRUPTCY COURT BUFFALO, NY

Re: Washington, Sr., Michael J./Elizabeth S.
Case No.: 06-00518 MJK

Dear Sir or Madam:

Enclosed please find a check payable to the U.S. Bankruptcy Court in the amount of $8.70 representing the total of funds paid to creditors under $5 in the above listed case. A copy of the letter to the creditor is enclosed regarding the account and amount owed for your records.

If you should have any questions, please feel free to call. Thank you for your time and attention to this matter.

Very truly yours,

BRICK, BRICK AND ELMER, P.C.

Daniel E. Brick/tac

Daniel E. Brick

DEB:tac
Enclosures



FILED MAR - 9 2010 BANKRUPTCY COURT BUFFALO, N.Y.

# BRICK, BRICK AND ELMER, P.C.
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)



March 5, 2010

BANK OF AMERICA
PO BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420-

Re: WASHINGTON, MICHAEL J., SR.
    Case No.: 06-00518 MJK

Ladies and Gentlemen:

Enclosed please find a check in the amount of $4.94 representing approximately 1.67% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure

# BRICK, BRICK AND ELMER, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

March 5, 2010

Outsource Receivables Management
261 Main Street
Arcade, NY 14009-1212

Re: WASHINGTON, MICHAEL J., SR.
Case No.: 06-00518 MJK

Ladies and Gentlemen:

Enclosed please find a check in the amount of $3.76 representing approximately 1.67% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure